```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
DOMINIQUE PHILLIPS,

                Plaintiff,              CIVIL JUDGMENT
                                        11-CV-1633 (JS)(ARL)
        -against-

THE NEW YORK STATE DEPARTMENT OF
LABOR UNEMPLOYMENT INSURANCE APPEAL
BOARD d/b/a ADMINISTRATIVE LAW
JUDGE SECTION, and ADMINISTRATIVE
LAW JUDGE RICHARD WARD,

                Defendants.
-------------------------------------x
APPEARANCES:
Plaintiff:      Dominique Phillips, pro se
                11 Mirin Avenue
                P.O. Box 161
                Roosevelt, NY 11575
```

Pursuant to the Order issued July 12, 2011, by the Honorable Joanna Seybert, United States District Judge, dismissing this action, it is,

**ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal.

/s/ JOANNA SEYBERT
JOANNA SEYBERT
U.S. District Judge

Dated:  July __12__, 2011
        Central Islip, New York